UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 AM 8: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. MARSHALL DeWAYNE WILLIAMS,<br><br>        Plaintiff,<br>v.<br><br>AMERICAN CORRECTIONAL<br>ASSOCIATION, et al.,<br><br>        Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br>CASE NO: 05-2176-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 27, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/1/05
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02176 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Marshall DeWayne Williams
FCI-MEMPHIS
14130-077
P.O. Box 34550
Memphis, TN 38184--055

Honorable J. Breen
US DISTRICT COURT